**Timothy L. HUTCHINGS, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 04–3173.

United States Court of Appeals, Federal Circuit.

July 23, 2004.

Timothy L. Hutchings, Sparta, GA, for Petitioner.

David Harrington, David M. Cohen, Deborah A. Bynum, Department of Justice, Washington, DC, for Respondent.

### ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Ronald B. DEMENY, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 04–3069.

United States Court of Appeals, Federal Circuit.

July 23, 2004.

James D. Colt, Harold D. Lester, Jr., David M. Cohen, Department of Justice, Washington, DC, for Respondent.

Allen Moore, Odessa, TX, for Petitioner.

### ORDER

Order Vacated, See 110 Fed.Appx. 112.

The petitioner having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.